02-10-391-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT
 OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT
 WORTH
  
 
 


 

 

NO. 02-12-00391-CR

 

 


 
 
 JORGE DAVID MARTINEZ
 
 
  
 
 
 APPELLANT
 
 


                                                                                                                             

V.

 


 
 
 THE
 STATE OF TEXAS
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

 

------------

 

MEMORANDUM OPINION[1]

 

------------

          Appellant Jorge David
Martinez was convicted of felony driving while intoxicated on January 25, 2010,
after he pleaded guilty in exchange for fifteen years’ confinement.

          On August 23, 2012, we
received a notice of appeal from Martinez.  On August 24, 2012, we sent Martinez
a letter stating that we were concerned that we may not have jurisdiction over
the appeal because the notice of appeal was not timely filed and because the
trial court’s certification of his right of appeal states that this “is a
plea-bargain case, and the defendant has NO right of appeal.”  See Tex.
R. App. P. 25.2, 26.2.  We instructed Martinez or any party desiring to
continue the appeal to file a response by September 10, 2012, showing grounds
for continuing the appeal, or the appeal would be dismissed. See Tex. R.
App. P. 44.3.  No response has been filed.  Therefore, we dismiss the appeal
for want of jurisdiction.  See Tex. R. App. P. 25.2, 26.2, 43.2(f).

 

 

                                                                             PER
CURIAM

 

 

PANEL:  MCCOY, MEIER, and GABRIEL,
JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED:  October 4, 2012

 



 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT
 OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT
 WORTH
  
 
 


 

NO. 02-12-00391-CR

 

 


 
 
 Jorge David Martinez
  
  
  
 v.
  
  
  
 The State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From the 372nd
 District Court
  
 of Tarrant County (1182942D)
  
 October 4, 2012
  
 Per Curiam
  
 (nfp)
 
 


 

JUDGMENT

          This court has considered
the record on appeal in this case and holds that the appeal should be
dismissed.  It is ordered that the appeal is dismissed for want of
jurisdiction.

 

SECOND
DISTRICT COURT OF APPEALS 

 

 

PER
CURIAM








 

 









[1]See
Tex. R. App. P. 47.4.